005237

Order entered December // , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00498-CR
No. 05-12-01447-CR

## DENNIS EDWARD WILLIAMS, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-35087, F08-35085**

## ORDER

The Court **GRANTS** court reporter' Karren Jones's December 10, 2012 request for an extension of time to file the supplemental reporter's record. We **ORDER** court reporter Karren Jones to file, by **DECEMBER 21, 2012**, the reporter's record of the April 8, 2011 hearing.

The November 6, 2012 order also directed court reporter Wynne Pauley to file, within thirty days, the reporter's record of the April 22, 2011 plea hearing. To date, Ms. Pauley has neither filed the supplemental record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** court reporter Wynne Pauley to file, by **DECEMBER 21, 2012**, the reporter's record of the April 22, 2011 plea hearing.

No further extensions will be granted. If the court reporter's do not file their respective records by the date specified, we will order that they not sit as court reporters until their records are filed.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; court reporter Karren Jones; court reporter Wynne Pauley; and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE